# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **Moyar**

vs.  Civil Action No. **22-478 (TJK)**

Defendant: **DOD**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this 21 day of April 2023, that Mark Moyar hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this court entered on the 28 day of March, 2023, in favor of Defendants against said Plaintiff

Kelly B. McClanahan
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
August 2009 (REVISED)