UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MOYAR,<br><br>　　　　　　　　Plaintiff<br><br>　　　v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No. 22-0478 (TJK) |

### [DEFENDANTS' PROPOSED] ORDER

Upon consideration of the Parties' Joint Status Report, it is hereby

ORDERED that Plaintiff shall file a motion in support of dismissal without prejudice on or before October 4, 2024; and it is further

ORDERED that Defendants shall file any response to Plaintiff's motion on or before November 1, 2024; and it is further

ORDERED that Plaintiff shall file any reply in support of his motion on or before December 6, 2024.

SO ORDERED

Dated this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE