**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MOYAR, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:22-cv-00478 (TJK) |
| | * |
| DEPARTMENT OF DEFENSE, *et al.*, | * |
| | * |
| Defendants. | * |

* * * * * * * * * * * * *

## ORDER

UPON CONSIDERATION OF Plaintiff's Unopposed Motion for Status Conference, and the entire record herein, it is this _____ day of _____, 2024,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
Timothy J. Kelly
United States District Judge