UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK MOYAR,

*Plaintiff*

v.

DEPARTMENT OF DEFENSE, *et al.*,

Defendants.

Civil Action No. 22-0478 (TJK)

## JOINT STATUS REPORT

The Parties, by and through undersigned counsel, respectfully submit the following joint status report pursuant to the Court's October 1, 2024 Minute Order.

1. On March 28, 2023, the Court granted Defendants' Motion to Dismiss (ECF No. 7) for failure to state a claim under the APA. See ECF Nos. 23, 24. The Court dismissed the case with prejudice, reasoning that while Plaintiff asked to amend his complaint and cite to agency regulations rather than Executive Order 12,968, he "identified no regulations that would save his claim." ECF No. 24 at 10 n.8.

2. Plaintiff appealed, and on July 23, 2024, the Court of Appeals issued its mandate. ECF No. 27. The Court of Appeals agreed that Plaintiff failed to state a claim based on Executive Order 12,968. *Id*. at 4. However, it found that there was a "possibly relevant implementing regulation" that might provide Plaintiff with a judicially enforceable right. *Id*. at 5. The Court of Appeals therefore vacated the Judgment and remanded the case for further proceedings or explanation, directing the Court to "either elaborate on its reasons for dismissing this case with prejudice or else make the dismissal without prejudice." *Id*.

3.	By Minute Order on August 19, 2024, the Court ordered that, upon consideration of the Parties' Joint Status Report (ECF No. 28), Plaintiff shall file a motion in support of dismissal without prejudice by October 4, 2024; Defendants shall file any response by November 1, 2024; and Plaintiff shall file any reply by December 6, 2024.

4.	On September 27, 2024, Plaintiff requested a status hearing, and, on October 1, 2024, a hearing was held.  The Court held that the Parties could propose a revised briefing schedule.  The Court ordered further that Plaintiff's opening brief should address the proper disposition of the original complaint and case, in light of the mandate of the Court of Appeals, and that Plaintiff could seek leave to amend the complaint, in accordance with the rules in the Court's standing order (ECF No. 3).  The Court further ordered that Defendants could cross-move to propose an alternative disposition of the matter.  The Court further ordered that the Parties should file a Joint Status Report including a proposed briefing schedule due by October 4, 2024.  *See* Min. Entry (Oct. 1, 2024).

5.	Mindful of other litigation obligations and personal commitments in the coming months, the parties propose the following briefing schedule:

    a.	Plaintiff shall file a motion regarding his proposal for further proceedings on or before October 11, 2024;

    b.	Defendants shall file their opposition and any cross-motion on or before November 20, 2024;

    c.	Plaintiff shall file his reply and any cross-opposition on or before December 17, 2024; and

    d.	Defendants shall file any cross-reply on or before January 7, 2025.

A proposed order is attached.

Dated: October 4, 2024
Washington, DC

Respectfully submitted,

_____/s/_____
KELLY BRIAN MCCLANAHAN
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
(301) 728-5908
Kel@nationalsecuritylaw.org

*Counsel for Plainitff*

MATTHEW M. GRAVES
D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:         /s/    *Sian Jones*_____
SIAN JONES
D.C. Bar # 1024062
Assistant United States Attorney
601 D Street, NW
Washington, D.C., 20530
Phone: (202) 252-2578
Fax: (202) 252-2599
Email: Sian.Jones@usdoj.gov

*Attorneys for the United States of America*

3