UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MOYAR,<br><br>                  Plaintiff<br><br>                  v.<br><br>DEPARTMENT OF DEFENSE, *et al*.,<br><br>                  Defendants. | Civil Action No. 22-0478 (TJK) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, it is hereby

ORDERED that Plaintiff shall file a motion regarding his proposal for further proceedings on or before October 11, 2024; and it is further

ORDERED that Defendants shall file their opposition and any cross-motion on or before November 20, 2024; and it is further

ORDERED that Plaintiff shall file his reply and any cross-opposition on or before December 17, 2024; and it is further

ORDERED that Defendants shall file any cross-reply on or before January 7, 2025.

SO ORDERED

Dated this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE