UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK MOYAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:22-cv-00478 (TJK) |
| | * | |
| DEPARTMENT OF DEFENSE, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT MOTION FOR BRIEF ENLARGEMENT OF TIME WITHIN WHICH TO FILE HIS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

NOW COMES Plaintiff to respectfully request a four-day enlargement, until 15 October 2024, of his deadline to file his Motion for Leave to File Amended Complaint. This Motion is due today, 11 October 2024. Defendants consent to this Motion.

Plaintiff has good cause to request this extension. The undersigned's young child has been out of school due to illness since Wednesday, which has had a severe impact on his ability to work. He has made steady progress on this Motion, but, as a result of this complication, he has been unable to complete it as of this writing. Because of the holiday weekend, he therefore requests that he be afforded a one-business-day extension. A proposed Order accompanies this Motion.

Date:   October 11, 2024

                                                  Respectfully submitted,

                                                  /s/ Kelly B. McClanahan
                                                Kelly B. McClanahan, Esq.
                                                D.C. Bar #984704
                                                National Security Counselors
                                                4702 Levada Terrace
                                                Rockville, MD  20853
                                                301-728-5908
                                                240-681-2189 fax
                                                Kel@NationalSecurityLaw.org

                                                *Counsel for Plaintiff*