**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MOYAR, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:22-cv-00478 (TJK) |
| | * |
| DEPARTMENT OF DEFENSE, *et al.*, | * |
| | * |
| Defendants. | * |

## ORDER

UPON CONSIDERATION OF Plaintiff's Consent Motion for Brief Enlargement of Time Within Which to File His Motion for Leave to File Amended Complaint, and the entire record herein, it is this _____ day of _____, 2024,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
Timothy J. Kelly
United States District Judge