**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MOYAR, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:22-cv-00478 (TJK) |
| | * |
| DEPARTMENT OF DEFENSE, *et al.*, | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION OF Plaintiff's Motion for Leave to File Amended Complaint or, in the Alternative, to Dismiss Case Without Prejudice, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2024,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
Timothy J. Kelly
United States District Judge