UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MOYAR,<br><br>                Plaintiff<br><br>        v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>                Defendants. | Civil Action No. 22-0478 (TJK) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE AND ADJUST BRIEFING SCHEDULE**

Defendants, by and through undersigned counsel, respectfully moves for an extension of time, to and through, December 4, 2024, to file their opposition to Plaintiff's motion to amend the complaint (ECF No. 32) and any cross-motion regarding further proceedings in this matter. The current deadline is November 20, 2024. Defendants further move to adjust the remaining briefing schedule. Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for Plaintiff and understands that Plaintiff consents.

**BACKGROUND**

1. On March 28, 2023, the Court granted Defendants' Motion to Dismiss (ECF No. 7) for failure to state a claim under the APA. See ECF Nos. 23, 24. The Court dismissed the case with prejudice, reasoning that while Plaintiff asked to amend his complaint and cite to agency regulations rather than Executive Order 12,968, he "identified no regulations that would save his claim." ECF No. 24 at 10 n.8.

2. Plaintiff appealed, and on July 23, 2024, the Court of Appeals issued its mandate. ECF No. 27. The Court of Appeals agreed that Plaintiff failed to state a claim based on Executive

Order 12,968. *Id*. at 4. However, it found that there was a "possibly relevant implementing regulation" that might provide Plaintiff with a judicially enforceable right. *Id*. at 5. The Court of Appeals therefore vacated the Judgment and remanded the case for further proceedings or explanation, directing the Court to "either elaborate on its reasons for dismissing this case with prejudice or else make the dismissal without prejudice." *Id*.

3.  On October 9, 2024, after the parties submitted a joint status report and appeared for a status hearing, the Court entered a Minute Order ordering that Plaintiff shall file a motion regarding his proposal for further proceedings by October 11, 2024; Defendants shall file their opposition and any cross-motion by November 20, 2024; Plaintiff shall file his reply and any cross-opposition by December 17, 2024; and Defendants shall file any cross-reply by January 7, 2025.

4.  On October 14, 2024, the Court granted Plaintiff's consent motion for enlargement of time and ordered Plaintiff to file his Motion for Leave to File Amended Complaint by October 15, 2024.

5.  On October 15, 2024, Plaintiff filed his motion for leave to amend the complaint. ECF No. 32.

## BASIS FOR EXTENSION REQUEST

6.  Defendants respectfully request an enlargement of time of two weeks within which to file their opposition to Plaintiff's motion to amend the complaint (ECF No. 32) and any cross-motion regarding further proceedings.   The requested relief is necessary for the following reasons:

    a.  Undersigned counsel has a robust caseload.  Among other things, she filed a motion for summary judgment in a Freedom of Information Act matter on October 24, 2024, and a motion for summary judgment in an employment discrimination case on November 15, 2024, and has also been ill since approximately October 31, 2024.   Undersigned counsel also expects to

take leave November 27-29, 2024, for the Thanksgiving holiday. In light of the above, undersigned counsel requires additional time to analyze Plaintiff's filing, work with agency counsel on Defendants' response, and obtain required supervisory review.

    b. Plaintiff graciously consented to Defendant's request for extension, but also requested that his reply deadline be extended to January 7, 2025. Plaintiff further consents to moving Defendants' reply deadline to January 20, 2025.

## ADDITIONAL REQUIRED INFORMATION

7. This is Defendants' first request for an extension of this deadline.

8. Granting Defendants' motion will affect the remainder of the briefing schedule.

9. Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for Plaintiff and understands that Plaintiff consents.

10. Undersigned counsel is aware that the Court's standing order requires that motions for extension of time be file four days prior to the deadline the movant seeks to extend. Undersigned counsel regrets not being able to meet this deadline. It did not become clear that undersigned counsel would require additional time for Defendants' opposition motion until after business hours on Friday, November 15, 2024.

Consequently, undersigned counsel respectfully requests additional time for Defendants to file their opposition and for Plaintiff to file his reply. A proposed order is attached.

* * *

Dated: November 18, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/ *Sian Jones*_____
SIAN JONES, D.C. Bar # 1024062
Assistant United States Attorney
601 D Street, NW
Washington, D.C., 20530
Phone: (202) 252-2578

*Attorneys for the United States of America*