UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MOYAR,<br><br>                Plaintiff<br><br>      v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>                Defendants. | Civil Action No. 22-0478 (TJK) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time, it is hereby

ORDERED that Defendants' Consent Motion is GRANTED, and it is further

ORDERED that Defendants shall file their opposition to Plaintiff's motion for leave to amend (ECF No. 32) and any cross-motion by December 4, 2024; and it is further

ORDERED that Plaintiff shall file his reply and any cross-opposition by January 7, 2025; and

ORDERED that Defendants shall file any cross-reply by January 20, 2025.

Dated this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE