# EXHIBIT 8



Antionette Robertson <anrobertson@usaid.gov>

# FOIA Request FP-00020-20
6 messages

---

**Antionette Robertson** <anrobertson@usaid.gov>  Thu, Jan 20, 2022 at 12:00 AM
To: "Kel McClanahan, Esq." <kel@nationalsecuritylaw.org>
Cc: Jalissa Spence <jaspence@usaid.gov>

Dear Mr. McClanahan:

Attached is the final response to your July 9, 2020 Freedom of information Act request on behalf of your client, Mark Moyar.

Please be advised that due to the size of the file, the documents will be transmitted in a separate email.

If you have any questions, please feel free to contact me.
--

Antionette (Toni) Robertson
Senior FOIA Specialist
USAID U.S. Agency for International Development
Washington, DC  20523
Direct: 202 921-5007 / Fax: 202 916-4990
anrobertson@usaid.gov

---

 **Second and Final Response Letter (esigned)_FP-00020-20.pdf**
480K

---

**Antionette Robertson** <anrobertson@usaid.gov>  Thu, Jan 20, 2022 at 12:08 AM
To: "Kel McClanahan, Esq." <kel@nationalsecuritylaw.org>

Dear Mr. McClanahan:

My apologies, the document size is still too large and will be transmitted in two separate emails. Please note the first interim response letter will be updated to reflect the reference to the USAID-008 System of Records Notice (SORN) and will be transmitted tomorrow.  Thanks in advance and have a wonderful Thursday.

If you have any questions, please feel free to contact me.

[Quoted text hidden]


**Second and Final Responsive Documents on MOYAR_FP-00020-20(file 1 - 100 pages).pdf**
21862K

---

**Antionette Robertson** <anrobertson@usaid.gov>                                      Thu, Jan 20, 2022 at 12:12 AM
To: "Kel McClanahan, Esq." <kel@nationalsecuritylaw.org>

Dear Mr. McClanahan:

As stated in the prior email, attached is the second and last file containing 33 pages.

If you have any questions, please feel free to contact me,

[Quoted text hidden]


**Second and Final Responsive Documents on MOYAR_FP-00020-20 File 2 - 33 pages).pdf**
3924K

---

**Kel McClanahan, Esq.** <kel@nationalsecuritylaw.org>                                Thu, Jan 20, 2022 at 12:59 AM
To: Antionette Robertson <anrobertson@usaid.gov>
Cc: Jalissa Spence <jaspence@usaid.gov>

This is a little confusing. You say this is the final response but you then say that only the Office of Security was searched, even though Items 2 and 3 were for records maintained by different offices. Please clarify what was done about those items.

Thanks, Kel
[Quoted text hidden]

---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
301-728-5908

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")

Juvenal, Satire VI

---

**Antionette Robertson** <anrobertson@usaid.gov>                                     Thu, Jan 20, 2022 at 2:28 PM
To: "Kel McClanahan, Esq." <kel@nationalsecuritylaw.org>
Cc: Jalissa Spence <jaspence@usaid.gov>

Dear Mr. McClanahan,

You are correct, the request should not be closed. I was trying to meet the deadline provided and in the midst of doing so, didn't realize all records had not been uploaded in the system. The case has been reopened and I will obtain the records requested in items 2 and 3. I will keep you posted on the case and process documents upon receipt. Thanks in advance.

[Quoted text hidden]

---

**Kel McClanahan, Esq.** <kel@nationalsecuritylaw.org>                                Thu, Jan 20, 2022 at 3:33 PM
To: Antionette Robertson <anrobertson@usaid.gov>
Cc: Jalissa Spence <jaspence@usaid.gov>

Thanks, but please clarify, has a search for responsive records been conducted already and you're just waiting to get the records uploaded, or has no search been conducted yet?

[Quoted text hidden]