UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MOYAR, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, et al., <br><br> Defendants. | Civil Action No. 22-0478 (TJK) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's Motion, Defendants' Opposition, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is DENIED, and it is further

ODERED that Plaintiff's original complaint (ECF No. 1) is DISMISSED WITH PREJUDICE.

SO ORDERED:

_____                                  _____
Date                                                                         TIMOTHY J. KELLY
                                                                                    United States District Judge