UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK MOYAR, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:22-cv-00478 (TJK) |
| DEPARTMENT OF DEFENSE, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S CONSENT MOTION FOR BRIEF ENLARGEMENT OF TIME WITHIN WHICH TO FILE HIS REPLY IN SUPPORT OF <u>HIS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT</u>

NOW COMES Plaintiff to respectfully request a three-day enlargement, until 10 January 2025, of his deadline to file his Reply in Support of His Motion for Leave to File Amended Complaint. This Motion is due today, 7 January 2025. Defendants consent to this Motion.

Plaintiff has good cause to request this extension. The undersigned's young children have been out of school yesterday and today due to inclement weather, which has had a severe impact on his ability to work. He has attempted to make progress on this Motion, but spent much of last week preparing witnesses for an administrative hearing which, until today, was scheduled for tomorrow. As a result of this complication, he has been unable to complete his Reply as of this writing. A proposed Order accompanies this Motion.

Date:   January 7, 2025

                                          Respectfully submitted,

                                          /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.
                                        D.C. Bar #984704
                                        National Security Counselors
                                        4702 Levada Terrace
                                        Rockville, MD  20853
                                        301-728-5908
                                        240-681-2189 fax
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Plaintiff*