UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK MOYAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:22-cv-00478 (TJK) |
| | * | |
| DEPARTMENT OF DEFENSE, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT *NUNC PRO TUNC* MOTION FOR BRIEF ENLARGEMENT OF TIME WITHIN WHICH TO FILE HIS REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

NOW COMES Plaintiff to respectfully request a retroactive one-hour enlargement, until 1:00 AM on 11 January 2025, of his deadline to file his Reply in Support of His Motion for Leave to File Amended Complaint. This Reply was due at midnight on 10 January and was filed at 12:52 AM on 11 January. Defendants' counsel previously advised the undersigned on 7 January that "Defendants consent to up to 7 days extension." Plaintiff is therefore treating this as a consent Motion, since he only requested three days in his previous motion.

Plaintiff has good cause to request this extension. As noted in his previous extension motion, the undersigned has had difficulty working this week due to the weather-related school closures. He had originally requested an extension until midnight on Friday, but found at the last minute that he could not meet that deadline due to a developing matter in another case which required several hours of his attention on Friday evening. He accordingly returned to complete his work on this Reply and filed it as soon as it was complete, approximately one hour late.

This is the second extension requested for this filing. A proposed Order accompanies this Motion.

Date:   January 11, 2025

                                                Respectfully submitted,

                                                 /s/ Kelly B. McClanahan
                                                Kelly B. McClanahan, Esq.
                                                D.C. Bar #984704
                                                National Security Counselors
                                                4702 Levada Terrace
                                                Rockville, MD  20853
                                                301-728-5908
                                                240-681-2189 fax
                                                Kel@NationalSecurityLaw.org

                                                *Counsel for Plaintiff*