**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MOYAR,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-00478 (TJK) |

**ORDER**

UPON CONSIDERATION OF Plaintiff's Consent *Nunc Pro Tunc* Motion for Brief Enlargement of Time Within Which to File His Reply in Support of His Motion for Leave to File Amended Complaint, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
Timothy J. Kelly
United States District Judge