# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MOYAR,<br><br>  *Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE et al.,<br><br>  *Defendants*. | Civil Action No. 22-478 (TJK) |

## ORDER

For the reasons set forth on the record at today's oral ruling, it is hereby **ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint or, in the Alternative, to Dismiss Case Without Prejudice, ECF No. 32, is **DENIED**.  It is further **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.  This is a final, appealable order.

  **SO ORDERED.**

                  /s/ Timothy J. Kelly
                  TIMOTHY J. KELLY
                  United States District Judge

Date: September 9, 2025