# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **Mark Moyar**

vs.    Civil Action No. **22-478 (TJK)**

Defendant: **DOD**

### CIVIL NOTICE OF APPEAL

Notice is hereby given this __8__ day of __November__ 20__25__, that Mark Moyar hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this court entered on the __9__ day of __September__, 20__25__, in favor of Defendant Department of Defense against said Plaintiff

Kelly B. McClanahan
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
August 2009 (REVISED)