APPEAL,CLOSED,TYPE−C

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:22−cv−00478−TJK

| | |
|---|---|
| MOYAR v. DEPARTMENT OF DEFENSE et al | Date Filed: 02/23/2022 |
| Assigned to: Judge Timothy J. Kelly | Date Terminated: 03/28/2023 |
| Case in other court:  USCA, 23−05085 | Jury Demand: None |
| Cause: 05:702 Administrative Procedure Act | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**MARK MOYAR**  represented by  **Kelly Brian McClanahan**
NATIONAL SECURITY COUNSELORS
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501−301−4672
Fax: 240−681−2189
Email: kel@nationalsecuritylaw.org
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DEPARTMENT OF DEFENSE**  represented by  **Sian Jones**
DOJ−USAO
601 D Street, NW
Washington, DC 20530
(202) 252−2578
Email: sian.jones@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT**  represented by  **Sian Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2022 | 1 | COMPLAINT against DEPARTMENT OF DEFENSE, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT ( Filing fee $ 402 receipt number ADCDC−9062135) filed by MARK MOYAR. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons)(McClanahan, Kelly) (Entered: 02/23/2022) |

| 02/25/2022 | | Case Assigned to Judge Timothy J. Kelly. (zsb) (Entered: 02/25/2022) |
|---|---|---|
| 02/28/2022 | 2 | SUMMONS (4) Issued Electronically as to DEPARTMENT OF DEFENSE, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT., SUMMONS Issued Electronically as to DEPARTMENT OF DEFENSE, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT, U.S. Attorney and U.S. Attorney General (Attachment: # 1 Notice and Consent)(ztth) (Entered: 02/28/2022) |
| 03/02/2022 | 3 | STANDING ORDER. See Order for details. Signed by Judge Timothy J. Kelly on 03/02/2022. (lctjk2) (Entered: 03/02/2022) |
| 03/16/2022 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DEPARTMENT OF DEFENSE served on 3/14/2022; UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT served on 3/14/2022, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 03/10/2022., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 3/10/2022. ( Answer due for ALL FEDERAL DEFENDANTS by 5/9/2022.) (McClanahan, Kelly) (Entered: 03/16/2022) |
| 04/27/2022 | 5 | NOTICE of Appearance by Sian Jones on behalf of All Defendants (Jones, Sian) (Entered: 04/27/2022) |
| 05/02/2022 | 6 | MOTION for Extension of Time to *Respond to Complaint* by DEPARTMENT OF DEFENSE, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT. (Attachments: # 1 Text of Proposed Order)(Jones, Sian) (Entered: 05/02/2022) |
| 05/03/2022 | | MINUTE ORDER treating as opposed and granting Defendants' 6 Motion for an Extension of Time to Respond to Complaint. It is hereby ORDERED, for good cause shown, that Defendants' 6 Motion is GRANTED. It is further ORDERED that Defendants shall answer or otherwise respond to Plaintiff's complaint by June 23, 2022. Signed by Judge Timothy J. Kelly on 05/03/2022. (lctjk2) (Entered: 05/03/2022) |
| 06/23/2022 | 7 | MOTION to Dismiss , MOTION for Order *Relief From LcvR 7(n)* by DEPARTMENT OF DEFENSE, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Text of Proposed Order)(Jones, Sian) (Entered: 06/23/2022) |
| 07/15/2022 | 8 | Unopposed MOTION for Extension of Time to File Response/Reply as to 7 MOTION to Dismiss MOTION for Order *Relief From LcvR 7(n) (Nunc Pro Tunc)* by MARK MOYAR. (Attachments: # 1 Text of Proposed Order)(McClanahan, Kelly) (Entered: 07/15/2022) |
| 07/18/2022 | | MINUTE ORDER granting Plaintiff's 8 Unopposed *Nunc Pro Tunc* Motion for Enlargement of Time Within Which to File His Opposition to Defendants' Motion. It is hereby ORDERED, *nunc pro tunc* and for good cause shown, that Plaintiff's 8 Unopposed *Nunc Pro Tunc* Motion is GRANTED. It is further ORDERED that Plaintiff shall file a response to Defendants' 7 Motion by August 12, 2022, and Defendants shall file a reply, if any, by September 12, 2022. Signed by Judge Timothy J. Kelly on 07/18/2022. (lctjk2) (Entered: 07/18/2022) |

| | | |
|---|---|---|
| 08/12/2022 | 9 | Consent MOTION for Extension of Time to File Response/Reply as to 7 MOTION to Dismiss MOTION for Order *Relief From LcvR 7(n)* by MARK MOYAR. (Attachments: # 1 Text of Proposed Order)(McClanahan, Kelly) (Entered: 08/13/2022) |
| 08/14/2022 | | MINUTE ORDER granting Plaintiff's 9 Consent Motion for Enlargement of Time Within Which to File His Opposition to Defendants' Motion. It is hereby ORDERED, *nunc pro tunc* and for good cause shown, that Plaintiff's 9 Consent Motion is GRANTED. **VACATED PURSUANT TO MINUTE ORDER FILED 8/25/2022.....** ~~It is further ORDERED that Plaintiff shall file a response to Defendants' 7 Motion by August 26, 2022, and Defendants shall file a reply, if any, by September 28, 2022.~~ The parties are reminded that motions for extensions of time must "be filed at least **four days prior to the deadline** at issue." ECF No. 3 10. Signed by Judge Timothy J. Kelly on 08/14/2022. (lctjk2) Modified to vacate deadlines on 8/25/2022 (zkh). (Entered: 08/14/2022) |
| 08/23/2022 | 10 | MOTION to Stay re 7 MOTION to Dismiss MOTION for Order *Relief From LcvR 7(n)* by MARK MOYAR. (Attachments: # 1 Text of Proposed Order)(McClanahan, Kelly) (Entered: 08/23/2022) |
| 08/24/2022 | 11 | MOTION to Strike 7 MOTION to Dismiss MOTION for Order *Relief From LcvR 7(n) Exhibit 8* by MARK MOYAR. (Attachments: # 1 Text of Proposed Order)(McClanahan, Kelly) (Entered: 08/24/2022) |
| 08/25/2022 | 12 | Consent MOTION for Extension of Time to *File* by DEPARTMENT OF DEFENSE, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT. (Attachments: # 1 Text of Proposed Order)(Jones, Sian) (Entered: 08/25/2022) |
| 08/25/2022 | 13 | NOTICE *of No Position* by DEPARTMENT OF DEFENSE, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT re 10 Motion to Stay (Attachments: # 1 Text of Proposed Order)(Jones, Sian) (Entered: 08/25/2022) |
| 08/25/2022 | | MINUTE ORDER granting Plaintiff's 10 Motion to Stay Briefing of Defendants' Motion to Dismiss and granting Defendants' 12 Motion for an Extension of Time to Respond to Plaintiff's Motion to Strike. It is hereby ORDERED, for good cause shown, that Plaintiff's 10 Motion is GRANTED. It is further ORDERED that the deadlines for Plaintiff's response and Defendants' reply to Defendants' 7 Motion to Dismiss and Motion for Relief from Local Civil Rule 7(n) are VACATED. *See* Minute Order of August 14, 2022. It is also hereby ORDERED, for good cause shown, that Defendants' 12 Motion is GRANTED. It is further ORDERED that Defendants shall file their response to Plaintiff's 11 Motion to Strike by September 15, 2022; and Plaintiff shall file his reply, if any, by September 28, 2022. Signed by Judge Timothy J. Kelly on 08/25/2022. (lctjk2) (Entered: 08/25/2022) |
| 09/15/2022 | 14 | Memorandum in opposition to re 11 Motion to Strike filed by DEPARTMENT OF DEFENSE, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT. (Jones, Sian) (Entered: 09/15/2022) |
| 09/29/2022 | 15 | Unopposed MOTION for Extension of Time to File Response/Reply as to 11 MOTION to Strike 7 MOTION to Dismiss MOTION for Order *Relief From LcvR 7(n) Exhibit 8* by MARK MOYAR. (Attachments: # 1 Text of Proposed Order)(McClanahan, Kelly) (Entered: 09/29/2022) |
| 09/30/2022 | | MINUTE ORDER granting Plaintiff's 15 Unopposed *Nunc Pro Tunc* Motion for Enlargement of Time Within Which to File His Reply in Support of His Motion to Strike. It is hereby ORDERED, *nunc pro tunc* and for excusable neglect shown, that |

| | | |
|---|---|---|
| | | Plaintiff's 15 Unopposed *Nunc Pro Tunc* Motion is GRANTED. It is further ORDERED that Plaintiff shall file his reply in support of his motion to strike by October 6, 2022. Signed by Judge Timothy J. Kelly on 09/30/2022. (lctjk2) (Entered: 09/30/2022) |
| 10/14/2022 | 16 | REPLY to opposition to motion re 11 MOTION to Strike 7 MOTION to Dismiss MOTION for Order *Relief From LcvR 7(n) Exhibit 8* filed by MARK MOYAR. (McClanahan, Kelly) (Entered: 10/14/2022) |
| 10/17/2022 | 17 | Unopposed MOTION for Extension of Time to File Response/Reply as to 11 MOTION to Strike 7 MOTION to Dismiss MOTION for Order *Relief From LcvR 7(n) Exhibit 8 (Nunc Pro Tunc)* by MARK MOYAR. (Attachments: # 1 Text of Proposed Order)(McClanahan, Kelly) (Entered: 10/17/2022) |
| 10/19/2022 | | MINUTE ORDER granting Plaintiff's 17 Unopposed *Nunc Pro Tunc* Motion For Enlargement Of Time Within Which To File His Reply In Support Of His 11 Motion To Strike. It is hereby ORDERED, *nunc pro tunc* and for good cause shown, that Plaintiff's 17 Unopposed Motion For Enlargement Of Time is GRANTED. It is further ORDERED that Plaintiff's 16 Reply In Support Of His Motion to Strike filed on October 14, 2022, is deemed timely filed. The parties are *again* reminded that motions for extensions of time must "be filed at least **four days prior to the deadline** at issue." ECF No. 3 &para 10; *see also* Minute Order of Aug. 14, 2022. Signed by Judge Timothy J. Kelly on 10/19/2022. (lctjk2) (Entered: 10/19/2022) |
| 10/24/2022 | | MINUTE ORDER denying Plaintiff's 11 Motion to Strike Jones Declaration. Under Federal Rule of Civil Procedure 12(f), a "court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). Motions to strike are drastic remedies that courts disfavor, and courts enjoy discretion to grant or deny them. *Riddick v. Holland*, 134 F. Supp. 3d 281, 285 (D.D.C. 2015). Pleadings that can be stricken under Rule 12(f) include those outlined in Rule 7(a), like complaints and answers, *see Henok v. Chase Home Fin., LLC*, 925 F. Supp. 2d 46, 52 (D.D.C. 2013), or documents filed in those pleadings' support, *see Jud. Watch, Inc. v. U.S. Dep't of Com.*, 224 F.R.D. 261, 263 (D.D.C. 2004). But "'motions, affidavits, briefs and other documents [are] outside of the pleadings' and are not subject to being stricken." *Henok*, 925 F. Supp. 2d at 5253 (citation omitted). Thus, declarations filed in support of motions also cannot be stricken under Rule 12(f). *See, e.g.*, *Shaw v. District of Columbia*, No. 17−cv−738 (DLF/RMM), 2018 WL 5044248, at *2 (D.D.C. Sept. 11, 2018); *Meyer v. Panera Bread Co.*, No. 17−cv−2565 (EGS/GMH), 2018 WL 5017747, at *3 (D.D.C. Oct. 16, 2018). Here, Plaintiff moves to strike the Jones Declaration, *see* ECF No. 7−9, included as an exhibit to Defendants' 7 Motion to Dismiss. But as explained above, that document may not be stricken under Rule 12(f). Accordingly, it is hereby ORDERED that Plaintiff's 11 Motion to Strike is denied. It is further ORDERED that Plaintiff shall file his opposition to Defendants' 7 Motion to Dismiss by November 7, 2022, and Defendants shall file their reply by November 14, 2022. Signed by Judge Timothy J. Kelly on 10/24/2022. (lctjk2) (Entered: 10/24/2022) |
| 11/14/2022 | | MINUTE ORDER: Plaintiff filed the 1 Complaint against Defendants on February 23, 2022. Defendants then filed their 7 Motion to Dismiss on June 23, 2022. Per this Court's Minute Order of October 24, 2022, Plaintiff's opposition to the 7 Motion to Dismiss was due on November 7, 2022. As of November 14, 2022, Plaintiff has not filed any opposition to Defendants' 7 Motion, nor has he shown good cause and requested an extension to do so. Under Local Civil Rule 7(b), "an opposing party shall |

|  |  |  |
|---|---|---|
|  |  | serve and file a memorandum of points and authorities in opposition" to a motion "[w]ithin 14 days of the date of service or at such other time as the Court may direct.... If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." LCvR 7(b). Accordingly, it is hereby ORDERED that Plaintiff shall show cause, by November 28, 2022, why the Court should not grant Defendants' 7 Motion as conceded and dismiss the case. Signed by Judge Timothy J. Kelly on 11/14/2022. (lctjk2) (Entered: 11/14/2022) |
| 11/15/2022 | 18 | Unopposed MOTION for Extension of Time to File Response/Reply as to 7 MOTION to Dismiss MOTION for Order *Relief From LcvR 7(n)* by MARK MOYAR. (Attachments: # 1 Text of Proposed Order)(McClanahan, Kelly) (Entered: 11/15/2022) |
| 11/16/2022 |  | Minute Order granting Plaintiff's 18 Unopposed *Nunc Pro Tunc* Motion For Enlargement Of Time Within Which To File His Opposition To Defendants' 7 Motion To Dismiss And Motion For Relief From Local Civil Rule 7(n). It is hereby ORDERED, *nunc pro tunc* to November 7, 2022, and for excusable neglect shown, that Plaintiff's 18 Motion is granted. It is further ORDERED that Plaintiff shall file his opposition to Defendants' 7 Motion to Dismiss and Motion for Relief From Rule 7(n), by November 23, 2022, and that Defendants shall file their reply by December 15, 2022. Upon consideration of Plaintiff's 18 Motion, it is further ORDERED that this Court's show cause order is DISCHARGED. Signed by Judge Timothy J. Kelly on 11/16/2022. (lctjk2) (Entered: 11/16/2022) |
| 11/24/2022 | 19 | Memorandum in opposition to re 7 Motion to Dismiss,,, Motion for Order,, filed by MARK MOYAR. (Attachments: # 1 Exhibit A – Redacted SOCOM letter, # 2 Exhibit B – SOCOM referral, # 3 Exhibit C – WHS interim response, # 4 Exhibit D – DOPSR denial, # 5 Exhibit E – DITMAC response, # 6 Exhibit F – Clark–McClanahan email, # 7 Text of Proposed Order)(McClanahan, Kelly) (Entered: 11/24/2022) |
| 11/28/2022 | 20 | Consent MOTION for Extension of Time to File Response/Reply as to 7 MOTION to Dismiss MOTION for Order *Relief From LcvR 7(n) (Nunc Pro Tunc)* by MARK MOYAR. (Attachments: # 1 Text of Proposed Order)(McClanahan, Kelly) (Entered: 11/28/2022) |
| 11/28/2022 |  | MINUTE ORDER granting Plaintiff's 20 Consent *Nunc Pro Tunc* Motion For Enlargement Of Time Within Which To File His Opposition to Defendants' 7 Motion To Dismiss And Motion For Relief From Local Civil Rule 7(n). It is hereby ORDERED, *nunc pro tunc* to November 23, 2022, and for excusable neglect shown, that Plaintiff's 20 Consent Motion For Enlargement Of Time is GRANTED. Signed by Judge Timothy J. Kelly on 11/28/2022. (lctjk2) (Entered: 11/28/2022) |
| 12/09/2022 | 21 | Consent MOTION for Extension of Time to *FIle* by DEPARTMENT OF DEFENSE, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT. (Attachments: # 1 Text of Proposed Order)(Jones, Sian) (Entered: 12/09/2022) |
| 12/10/2022 |  | MINUTE ORDER granting Defendants' 21 Consent Motion For An Extension Of Time To File Reply. It is hereby ORDERED, for good cause shown, that Defendants' 21 Consent Motion is GRANTED. It is further ORDERED that Defendants shall file their reply in support of their 7 Motion To Dismiss And Motion For Relief From Local Civil Rule 7(n) by January 11, 2023. Signed by Judge Timothy J. Kelly on 12/10/2022. (lctjk2) (Entered: 12/10/2022) |
| 01/11/2023 | 22 | REPLY to opposition to motion re 7 MOTION to Dismiss MOTION for Order *Relief From LcvR 7(n)* filed by DEPARTMENT OF DEFENSE, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT. (Jones, Sian) (Entered: |

| | | |
|---|---|---|
| | | 01/11/2023) |
| 03/28/2023 | 23 | ORDER granting Defendants' 7 Motion to Dismiss and Motion for Relief from Local Civil Rule 7(n). See Order for details. Signed by Judge Timothy J. Kelly on 3/28/2023. (lctjk2) (Entered: 03/28/2023) |
| 03/28/2023 | 24 | MEMORANDUM OPINION in support of 23 Order granting Defendants' 7 Motion to Dismiss and Motion for Relief from Local Civil Rule 7(n). Signed by Judge Timothy J. Kelly on 3/28/2023. (lctjk2) (Entered: 03/28/2023) |
| 04/21/2023 | 25 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to Order on Motion to Strike,,,,,,,, Set/Reset Deadlines,,,,,,, 23 Order on Motion to Dismiss, Order on Motion for Order by MARK MOYAR. Filing fee $ 505, receipt number ADCDC−10017082. Fee Status: Fee Paid. Parties have been notified. (McClanahan, Kelly) (Entered: 04/21/2023) |
| 04/24/2023 | 26 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 25 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 04/24/2023) |
| 04/25/2023 | | USCA Case Number 23−5085 for 25 Notice of Appeal to DC Circuit Court, filed by MARK MOYAR. (znmw) (Entered: 04/25/2023) |
| 07/23/2024 | 27 | MANDATE of USCA as to 25 Notice of Appeal to DC Circuit Court, filed by MARK MOYAR ; USCA Case Number 23−5085. (Attachments: # 1 USCA Judgment)(zdp) (Entered: 07/26/2024) |
| 08/05/2024 | | MINUTE ORDER: On March 28, 2023, the Court granted Defendants' 7 Motion to Dismiss for failure to state a claim under the APA. *See* ECF Nos. 23, 24. The Court dismissed the case with prejudice, reasoning that while Plaintiff asked to amend his complaint and cite to agency regulations rather than Executive Order 12,968, he "identified no regulations that would save his claim." ECF No. 24 at 10 n.8. Plaintiff appealed, and on July 23, 2024, the Court of Appeals issued its mandate. ECF No. 27. The Court of Appeals agreed that Plaintiff failed to state a claim based on Executive Order 12,968. *Id.* at 4. However, it found that there was a "possibly relevant implementing regulation" that might provide Plaintiff with a judicially enforceable right. *Id.* at 5. The Court of Appeals therefore vacated the Judgment and remanded the case, directing the Court to "either elaborate on its reasons for dismissing this case with prejudice or else make the dismissal without prejudice." *Id*. Thus, it is hereby ORDERED that, by August 19, 2024, the parties shall jointly propose a briefing schedule to address whether, in light of the Court of Appeals' decision, the Court's dismissal of this case should be with prejudice. Signed by Judge Timothy J. Kelly on 8/5/2024. (lctjk2) (Entered: 08/05/2024) |
| 08/16/2024 | 28 | Joint STATUS REPORT by DEPARTMENT OF DEFENSE, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT. (Attachments: # 1 Text of Proposed Order (Defendants'))(Jones, Sian) (Entered: 08/16/2024) |
| 08/19/2024 | | MINUTE ORDER: Upon consideration of the parties' 28 Joint Status Report, it is hereby ORDERED that Plaintiff shall file a motion in support of dismissal without prejudice by October 4, 2024; Defendants shall file any response by November 1, 2024; and Plaintiff shall file any reply by December 6, 2024. Signed by Judge Timothy J. Kelly on 8/19/2024. (lctjk2) (Entered: 08/19/2024) |
| 09/27/2024 | 29 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Status Conference re Order,, Set Deadlines, by MARK MOYAR. (Attachments: # 1 Text of Proposed Order)(McClanahan, Kelly) (Entered: 09/27/2024) |
| 09/30/2024 | | MINUTE ORDER granting Plaintiff's 29 Unopposed Motion for Status Conference. Upon consideration of Plaintiff's 29 Unopposed Motion for Status Conference, it is hereby ordered that the 29 Motion is GRANTED. It is further ORDERED that the parties shall appear for a status hearing on October 1, 2024, at 11:30 a.m. via videoconference. The parties shall contact the Courtroom Deputy at (202) 354–3495 beginning tomorrow, October 1, 2024, at 9:00 a.m. to make arrangements to appear. Signed by Judge Timothy J. Kelly on 9/30/2024. (lctjk2) (Entered: 09/30/2024) |
| 10/01/2024 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference held on 10/1/2024. Joint Status Report including a proposed briefing schedule due by 10/4/2024. (Court Reporter: Chandra Kean) (zkh) (Entered: 10/01/2024) |
| 10/04/2024 | 30 | Joint STATUS REPORT by DEPARTMENT OF DEFENSE, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT. (Attachments: # 1 Text of Proposed Order)(Jones, Sian) (Entered: 10/04/2024) |
| 10/09/2024 | | MINUTE ORDER: Upon consideration of the parties' 30 Joint Status Report, it is hereby ORDERED that Plaintiff shall file a motion regarding his proposal for further proceedings by October 11, 2024; Defendants shall file their opposition and any cross–motion by November 20, 2024; Plaintiff shall file his reply and any cross–opposition by December 17, 2024; and Defendants shall file any cross–reply by January 7, 2025. Signed by Judge Timothy J. Kelly on 10/9/2024. (lctjk2) (Entered: 10/09/2024) |
| 10/11/2024 | 31 | Consent MOTION for Extension of Time to File *Motion for Leave to File Amended Complaint* by MARK MOYAR. (Attachments: # 1 Text of Proposed Order)(McClanahan, Kelly) (Entered: 10/11/2024) |
| 10/14/2024 | | MINUTE ORDER granting Plaintiff's 31 Consent Motion for Brief Enlargement of Time. Upon consideration of Plaintiff's 31 Motion, and for good cause shown, it is hereby ORDERED, *nunc pro tunc* to October 11, 2024, that the motion is GRANTED. It is further ORDERED that Plaintiff shall file his Motion for Leave to File Amended Complaint by October 15, 2024. Signed by Judge Timothy J. Kelly on 10/14/2024. (lctjk2) (Entered: 10/14/2024) |
| 10/15/2024 | 32 | MOTION to Amend/Correct 1 Complaint, , MOTION to Dismiss *without Prejudice* by MARK MOYAR. (Attachments: # 1 First Amended Complaint, # 2 First Amended Complaint (redlined), # 3 Text of Proposed Order)(McClanahan, Kelly) (Entered: 10/16/2024) |
| 11/18/2024 | 33 | Consent MOTION for Extension of Time to File , Consent MOTION for Briefing Schedule by DEPARTMENT OF DEFENSE, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT. (Attachments: # 1 Text of Proposed Order)(Jones, Sian) (Entered: 11/18/2024) |
| 11/19/2024 | | MINUTE ORDER granting Defendants' 33 Consent Motion for an Extension of Time to File and Adjust Briefing Schedule. Upon consideration of Defendants' 33 Consent Motion and for good cause shown, it is hereby ORDERED that Defendants' 33 Consent Motion is GRANTED. It is further ORDERED that the briefing schedule outlined in the Court's October 9, 2024, Minute Order shall be amended as follows: Defendants |

| | | |
|---|---|---|
| | | shall file their opposition to Plaintiff's 32 motion and any cross–motion by December 4, 2024; Plaintiff shall file his reply and any cross–opposition by January 7, 2025; and Defendants shall file any cross–reply by January 20, 2025. Signed by Judge Timothy J. Kelly on 11/19/2024. (lctjk2) (Entered: 11/19/2024) |
| 12/04/2024 | 34 | Memorandum in opposition to re 32 Motion to Amend/Correct,, Motion to Dismiss, filed by DEPARTMENT OF DEFENSE, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Text of Proposed Order)(Jones, Sian) (Entered: 12/04/2024) |
| 01/07/2025 | 35 | Consent MOTION for Extension of Time to File Response/Reply as to 32 MOTION to Amend/Correct 1 Complaint, MOTION to Dismiss *without Prejudice* by MARK MOYAR. (Attachments: # 1 Text of Proposed Order)(McClanahan, Kelly) (Entered: 01/07/2025) |
| 01/08/2025 | | MINUTE ORDER granting Plaintiff's 35 Consent Motion for Brief Enlargement of Time Within Which to File His Reply in Support of His Motion for Leave to File Amended Complaint. Upon consideration of Plaintiff's 35 Motion, and for good cause shown, it is hereby ORDERED, *nunc pro tunc* to January 7, 2025, that the motion is GRANTED. It is further ORDERED that Plaintiff shall file his Reply by January 10, 2025. Signed by Judge Timothy J. Kelly on 1/8/2025. (lctjk2) (Entered: 01/08/2025) |
| 01/10/2025 | 36 | REPLY to opposition to motion re 32 Motion to Amend/Correct,, Motion to Dismiss, filed by MARK MOYAR. (McClanahan, Kelly) (Entered: 01/11/2025) |
| 01/11/2025 | 37 | Consent MOTION for Extension of Time to File Response/Reply as to 32 MOTION to Amend/Correct 1 Complaint, MOTION to Dismiss *without Prejudice (Nunc Pro Tunc)* by MARK MOYAR. (Attachments: # 1 Text of Proposed Order)(McClanahan, Kelly) (Entered: 01/11/2025) |
| 01/14/2025 | | MINUTE ORDER granting Plaintiff's 37 Consent *Nunc Pro Tunc* Motion for Brief Enlargement of Time Within Which to File His Reply in Support of His Motion for Leave to File Amended Complaint. Upon consideration of Plaintiff's 37 Motion, and for excusable neglect shown, it is hereby ORDERED that the motion is GRANTED. Signed by Judge Timothy J. Kelly on 1/14/2025. (lctjk2) (Entered: 01/14/2025) |
| 08/29/2025 | | MINUTE ORDER: It is hereby ORDERED that the parties shall appear for an Oral Ruling on Plaintiff's 32 Motion for Leave to File Amended Complaint or, in the Alternative, to Dismiss Case Without Prejudice on September 9, 2025, at 2:00 p.m. to be held via videoconference. The parties shall contact the Courtroom Deputy at (202) 354–3495 at least one business day in advance to make arrangements to appear. Signed by Judge Timothy J. Kelly on 8/29/2025. (lctjk2) (Entered: 08/29/2025) |
| 09/09/2025 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Oral Ruling held on 9/9/2025. For the reasons stated on the record, Plaintiff's 32 MOTION to Amend/Correct Complaint is DENIED and the case is DISMISSED with prejudice. (Court Reporter: Chandra Kean) (zkh) (Entered: 09/09/2025) |
| 09/09/2025 | 38 | ORDER denying Plaintiff's 32 Motion for Leave to File Amended Complaint or, in the Alternative, to Dismiss Case Without Prejudice and dismissing this case with prejudice. See Order for details. This is a final, appealable order. Signed by Judge Timothy J. Kelly on 9/9/2025. (lctjk2) (Entered: 09/09/2025) |
| 11/08/2025 | 45 | |

|  |  | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 38 Order on Motion to Amend/Correct,, Order on Motion to Dismiss, by MARK MOYAR. Filing fee $ 605, receipt number ADCDC–12070398. Fee Status: Fee Paid. Parties have been notified. (McClanahan, Kelly) (Entered: 11/08/2025) |

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **Mark Moyar**

vs.   Civil Action No. **22-478 (TJK)**

Defendant: **DOD**

### CIVIL NOTICE OF APPEAL

Notice is hereby given this  8  day of  November , 20 25 , that

Mark Moyar

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the

judgement of this court entered on the  9  day of  September , 20 25 , in

favor of Defendant Department of Defense

against said Plaintiff

Kelly B. McClanahan
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
August 2009 (REVISED)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARK MOYAR,

    *Plaintiff*,

v.

DEPARTMENT OF DEFENSE et al.,

    *Defendants*.

Civil Action No. 22-478 (TJK)

## ORDER

    For the reasons set forth on the record at today's oral ruling, it is hereby **ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint or, in the Alternative, to Dismiss Case Without Prejudice, ECF No. 32, is **DENIED**. It is further **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. This is a final, appealable order.

    **SO ORDERED.**

                                                  /s/ Timothy J. Kelly
                                                TIMOTHY J. KELLY
                                                United States District Judge

Date: September 9, 2025